THE STATE OF OHIO, APPELLANT, *v.* GEORGE, APPELLEE.

(No. 2015–1691—Submitted June 1, 2016—Decided July 11, 2016.)

Timothy J. McGinty, Cuyahoga County Prosecuting Attorney, and Mary H. McGrath and Frank Romeo Zeleznikar, Assistant Prosecuting Attorneys, for appellant.

THE STATE OF OHIO, APPELLANT, *v.* JOHNSON, APPELLEE.

(No. 2015–1692—Submitted June 1, 2016—Decided July 11, 2016.)

{¶ 1} The judgment of the court of appeals is reversed, and the cause is remanded for application of *State v. Heinz,* 146 Ohio St.3d 374, 2016-Ohio-2814, 56 N.E.3d 965.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

Timothy J. McGinty, Cuyahoga County Prosecuting Attorney, and Mary H. McGrath and Frank Romeo Zeleznikar, Assistant Prosecuting Attorneys, for appellant.